No. 11-6562. Marc Sean Wisecarver, Petitioner v. United States.

565 U.S. 992, 132 S. Ct. 533, 181 L. Ed. 2d 374, 2011 U.S. LEXIS 7740.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 644 F.3d 764.

No. 11-6564. Omar Bennett, Petitioner v. United States.

565 U.S. 992, 132 S. Ct. 533, 181 L. Ed. 2d 374, 2011 U.S. LEXIS 7701.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 427 Fed. Appx. 228.

No. 11-6567. Marshall Rountree, aka Mark Hawkins, Petitioner v. Karen Balicki, Administrator, South Woods State Prison, et al.

565 U.S. 992, 132 S. Ct. 533, 181 L. Ed. 2d 374, 2011 U.S. LEXIS 7692.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 640 F.3d 530.

No. 11-6569. Joel Rodriguez, Petitioner v. United States.

565 U.S. 992, 132 S. Ct. 533, 181 L. Ed. 2d 374, 2011 U.S. LEXIS 7616.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 655 F.3d 126.

No. 11-6570. Cedric Brown, Petitioner v. United States.

565 U.S. 992, 132 S. Ct. 533, 181 L. Ed. 2d 374, 2011 U.S. LEXIS 7735.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 433 Fed. Appx. 61.

No. 11-6574. Anthony Johnson, Petitioner v. United States.

565 U.S. 992, 132 S. Ct. 534, 181 L. Ed. 2d 374, 2011 U.S. LEXIS 7633.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 428 Fed. Appx. 616.

No. 11-6575. James Ladson, Petitioner v. United States.

565 U.S. 992, 132 S. Ct. 534, 181 L. Ed. 2d 374, 2011 U.S. LEXIS 7650.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 643 F.3d 1335.

No. 11-6576. Ronaldo Ligons, Petitioner v. John King, Warden.

565 U.S. 992, 132 S. Ct. 534, 181 L. Ed. 2d 374, 2011 U.S. LEXIS 7704,

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.